# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

Maria Escarcega,

                Defendant.

Case No. 18-cr-1154-MMA

**FILED** JUN - 5 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

- [x] an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

- [ ] the Court has dismissed the case for unnecessary delay; or

- [ ] the Court has granted the motion of the Government for dismissal, without prejudice; or

- [ ] the Court has granted the motion of the defendant for a judgment of acquittal; or

- [ ] a jury has been waived, and the Court has found the defendant not guilty; or

- [ ] the jury has returned its verdict, finding the defendant not guilty;

- [x] of the offense(s) as charged in the Indictment/Information:

21:952, 960 - Importation of Methamphetamine (Felony) (1)

Dated: 6/5/2018

Hon. Mitchell D. Dembin
United States Magistrate Judge